<u>CIVIL COVER SHEET ATTACHMENT</u>

<u>I (c)</u>:

<u>Attorneys for Plaintiffs</u>:

Daniel H. Goldman, VSB #82144
The Law Office of Daniel Goldman, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
(202) 677-5709

Jonathan P. Sheldon, VSB #66726
Sheldon & Flood, PLC
10621 Jones Street, Suite 301A
Fairfax, VA 22030
(703) 691-8410


<u>Attorneys for Defendants</u>:

Chris Spera, Esq.
Leesburg Town Attorney
25 East Market Street
Leesburg, Virginia 20176
(703) 669-1420

Milissa Spring
Loudoun County Attorney's Office
1 Harrison Street, S.E. (deliveries only)
P.O. Box 7000 (mail only)
Leesburg, Virginia 20177-7000
(703) 777-0307