# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
(Alexandria Division)

| | |
|---|---|
| L.M., a minor, by his next friends and parents, Jane Roe #1 and John Doe #1; </br></br>M.G., a minor, by his next friends and parents, Jane Roe #2 and John Doe #2; </br></br>E.R., a minor, by his next friends and parents, Jane Roe #3 and John Doe #3; </br></br>    Plaintiffs, </br></br>  v. </br></br>Jonathan Graham, Detective, </br>Leesburg Police Department, </br>in his individual and official </br>capacities; </br></br>John Doe #4, </br>Loudoun County Juvenile Detention Center, </br>in his individual and official </br>capacities; </br></br>John Doe #5, </br>Loudoun County Juvenile Detention Center, </br>in his individual and official </br>capacities; </br></br>John Doe #6, </br>Loudoun County Juvenile Detention Center, </br>in his individual and official </br>capacities; </br></br>Michelle F. Smith, </br>Superintendent, Loudoun County </br>Juvenile Detention Center, </br>in her official capacities; | CIVIL ACTION </br>No. 23-1574 |

|  | ) |
| --- | --- |
| Defendants. | ) |

# UNOPPOSED MOTION TO SEAL
# OPPOSITION TO GRAHAMS MOTION TO DISMISS
# AND WAIVER OF ARGUMENT

PLEASE TAKE NOTICE that plaintiffs request 1) to seal their opposition to Grahams motion to dismiss filed on February 21, 2024,[1] as we included two quotations (page 10 and page 14) of documents that defendant Graham has asked to be sealed; 2) we will file herewith a redacted version of the filed opposition, and 3) pursuant to Local civil Rule 7, of the United States District Court for Eastern District of Virginia, the parties waive argument.

## CONCLUSION

WHEREFORE, for the reasons stated above and to be further articulated at a hearing on the motions, Plaintiffs respectfully ask this Court to deny Graham's Motion to Dismiss and to open discovery in the matter.

    Respectfully submitted,
    L.M., by his next friends and parents,
    Jane Roe #1 and John Doe #1;

    M.G., by his next friends and parents,
    Jane Roe #2 and John Doe #2;

---

[1] Undersigned counsel called the clerk on February 21, 2024, and asked that the pleading be sealed pending this motion and a redacted filing. The pleading was sealed and so is not reflected on the docket.

        E.R., by his next friends and parents, Jane Roe #3 and John Doe #3;

        By Counsel

        /s/ Daniel H. Goldman
Daniel H. Goldman, #82144
The Law Office of
Daniel Goldman, PLLC
421 King Street, Suite 505
Alexandria, Virginia 22314
Tel: (202) 677-5709
Fax: (833) 523-2310
dan@dangoldmanlaw.com

        /s/Jonathan P. Sheldon
Jonathan P. Sheldon,
VSB #66726
Sheldon & Flood, PLC
10621 Jones Street, Suite 301A
Fairfax, VA 22030
Office: (703) 691-8410
Fax: (703) 991-7413
JSheldon@SFHDefense.com

**Certificate of Service**

I hereby certify that on this 28th day of February, 2024, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system which will serve by email a copy to the following:

Heather Kathleen Bardot
McGavin, Boyce, Bardot, Thorsen & Katz, P.C.
9990 Fairfax Boulevard
Suite 400
Fairfax, VA 20109
703-385-1000
Fax: 703-385-1555
Email: hbardot@mbbtklaw.com

Jeremy David Capps
Harman Claytor Corrigan & Wellman
Post Office Box 70280
Richmond, VA 23255

(804) 747-5200
Email: jcapps@hccw.com